1

2

3

4                            UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    CAROLYN ELIZABETH GRIFFIN,              Case No.  15-cv-01914-JSC

                Plaintiff,
8
         v.                                  **SUA SPONTE REFERRAL FOR**
9                                            **PURPOSE OF DETERMINING**
     VENTURA MILITARY BASE, et al.,          **RELATIONSHIP**
10
                Defendants.
11

12

13        On February 15, 2015, Plaintiff Carolyn Elizabeth Griffin filed a lawsuit against the

14   Ventura Military Base and the Office of Chief Naval Operations.  Civ. No. 15-00643-LHK.  That

15   action is currently pending.  Then, on April 21, 2015, she filed what appears to be a nearly

16   identical action against the same defendants.  Civ. No. 15-1830-EDL.  One week later she filed

17   this lawsuit, again against the same defendants.  Accordingly, pursuant to Civil Local Rule 3-

18   12(c), this action is referred to the Honorable Lucy Koh to determine if it is related to the first-

19   filed action, Civ. No. 15-00643-LHK.

20

21        **IT IS SO ORDERED.**

22   Dated:  May 11, 2015

23

24                                           _____
                                             JACQUELINE SCOTT CORLEY
25                                           United States Magistrate Judge

26

27

28

*United States District Court*
*Northern District of California*